APPELLATE CAUSE NO. _____ 03-15-00189-CR

ARNOLD RAY LAMOTTE, JR. §§§ IN THE THIRD
Pro-Se Appellant
vs §§
COURT OF APPEAL
THE STATE OF TEXAS §§
Appellee's §§§ FOR AUSTIN, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
April 30, 2015
CHRISTOPHER A. PRINE, CLERK

SECOND EMERGENCY MOTION FOR AN APPELLANT BOND
AND/OR REINSTATEMENT OF PREVIOUS BOND

KNOW ALL MEN BY THESE PRESENT:

COMES NOW FORTH, ARNOLD RAY LAMOTTE, JR., [HEREIN AFTER as the Pro-Se Appellant). The Pro-Se Appellant filed upon March 9th, 2015, to this Honorable Court a Motion for a Bond in which he is entitled to, because of a lower County Court Six(6) misdemeanor Court Judge Brandy Mueller has been caught violating Texas and United States Federal Constitutional laws and Amendments intentionally, knowingly, and deliberately, by the following reasons of:

CAUSE NUMBER C-1-CR 12-300283 IS A BARRED CASE

RECEIVED
APR 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D.

The Presiding Judge Brandy Mueller, ordered the Pro-Se Appellant to Jail on a Statute of Limitation case by her ruling upon December 9th, 2014.(DENIED, the State's failure to file an Information for cause

①

Number C1CR300283 ), for the Statute of Limitation BARRED prosecution by the State clearly shown to have not ever filed a criminal offense. Then, the Judge turns around on the same day and Grants another Information sworn out by the State Prosecutor being the only one accusing the Pro-se Defendant of Theft By One Check of $200.²² from September 15, 2011 and now just filing an Information upon December 9, 2014, (without a sworn out valid complaint, from H.E.B), and nobody else, for nobody from H.E.B. signed no sworn out complaint against the Pro-se Defendant.

Therefore, the Judge has committed prejudice and discrimination against the Pro-se Defendant and have violated his (1st) first, (4th) fourth, (5th) fifth, (6th) sixth, (8th) Eighth and (14th) fourteenth Amendment Constitutional Law Rights by STILL, the State was BARRED of prosecution, pursuant to the Statute of Limitation Constitutional laws, See Exhibit "A" attached ...

WHEREFORE PREMISES CONSIDERED, the Pro-se Defendant prays for him to be "GRANTED" an Appellate Personal Recognization Bail Bond, or he be ordered back upon the Bail Bond he was previously on, or he be allowed to pay no more then $100.00 max, by he might not be able to have family members get no more then that much, by

②

it now over 45 days without any kind of help shown to come and be held against my liberty illegally and unlawfully and under False Imprisonment by the State and by the County Court Judge Mueller ...

SIGNED THIS 10th DAY OF April _____, 2015

Respectfully submitted,

_~~signature~~_

## CERTIFICATE OF SERVICE

I, Arnold Ray LaMotte, Jr., the Prouse Defendant, HEREBY certify, that a true and correct copies of "Second Emergency Motion For An Appellant Bond And/or Reinstatement of Previous Bond", has been served by pre-paid First class stamp envelope and put in the United States mail and served by and though Travis County Correction Complex Law Library Clerk to be filed to the Texas Court of Criminal Appeal's Court and Clerk's Office, EXECUTED on this 10th day of April _____, 2015 address to:

① Third Court of Appeals Clerk's Office
   PO Box 12547
   Austin, Texas 78711

_~~signature~~_
Prouse Defendant's Signature

③

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR. § § §    IN THE THIRD

    Pro-Se Appellent   § §    COURT OF APPEALS

vs

THE STATE OF TEXAS   § §    FOR AUSTIN, TEXAS

    Appellent   § §

## ORDER'S

Upon this day and date, it came before this Court "Arnold LaMotte, Jr.'s Second Emergency Motion For An Appellant Bond And/or Reinstatement Of Previous Bond." After careful reviews, facts and considerations present before this Court. The Court FINDS, ORDER'S, ADJUDGED AND DECREED THAT:

[ ] This Motion is ORDERED "GRANTED" and it is further ORDER that:

    [ ] An Appellate Personal Bail Bond is "GRANTED", and Arnold LaMotte, Jr. is ORDERED out of State Custody and on Personal Appellate Bond pending the outcome of his Appeal being finalize;

[ ] Arnold LaMotte, Jr. is to be Reinstated back upon his original bail bond and is further ORDERED out of State custody pending the finalize completed outcome of his Appeal...;

[ ] That an Appellate Bail Bond of $100.⁰⁰ dollars is ORDERED "GRANTED" and it is further "ORDERED" that Arnold LaMotte, Jr.

①

be removed out of state's custody upon paying this amount...

[ ] This Motion is <u>ORDERED</u>, <u>DENIED</u>, for the following reasons of :

_____

_____

_____

SIGNED THIS _____ DAY OF

_____, 2015

_____
Presiding Judge's Signature

_____
Printed Judge's Signature

# EXHIBIT

# A

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR. ))))   IN THE THIRD
    Pro-Se Appellant  )) ))
vs                      COURT OF APPEALS
THE STATE OF TEXAS  )) ))   FOR AUSTIN, TEXAS
    Appellee's   )) ))

EMERGENCY MOTION FOR AN APPELLANT BAIL BOND AND/OR
REINSTATEMENT OF PREVIOUS BOND

KNOW ALL MEN BY THESE PRESENT:

THAT I, ARNOLD RAY LAMOTTE, JR. [HEREINAFTER as the Pro-Se Appellant), COMES FORTH to seek an reasonable Appellant Bond, from this Third Court of Appeals, for an reversable or void rendered conviction of Theft By Check (one - $200.⁰⁰ dollar check), Which was BARRED by Statute of Limitation for prosecution.

Upon the 27ᵗʰ day of February, 2015 in the lower County Court Six, the Pro-Se Appellant was convicted upon a BARRED out of time criminal Misdemeanor Case that had no valid Information filed timely, nor had filed complaint filed either, for a charge of Theft By Check. After the false and voided conviction and sentence was rendered against the Pro-Se Appellant's objections numerous times and by his ineffective counsel refused to stand up to the Judge and State Prosecutor, after he prove cause No. C1CR12300283 was BARRED for prosecution (previously Judge Mueller approve Statute of limitation barred and/or shown barred prosecution, see Transcript Records Motions between November 17, 2014 thru

December 9, 2014)

Judge Brandy Mueller never found the Pro-Se Appellant to flee, nor pose no kind of danger to safety of others, nor that this Appeal is not for the purposes of delays, because the Pro-Se Appellant is able to prove in his pending Post Conviction Relief's Brief (being held up by Appellee's agencies by blocking and delaying the Pro-Se Appellant of his Access To Court Legal materials and supplies to do the Brief, etc....). The Pro-Se Appellant is able to prove also not only that the Bar Statute of limitation is clearly shown for cause no. C1CR12300283, but also able to prove that the lower County Court Six (6), <u>FAILED</u> to invoke Jurisdiction over the Pro-Se Appellant and over cause no. C1CR12300283. Therefore, by these <u>TEXAS</u> and <u>United States</u> Federal Constitution violations would raise substantial questions of laws to be address Immediately and would be in favor to the Pro-Se Appellant, which in turn would have this Court <u>ORDER</u> Immediately a Reversed and dismiss cause no. C1CR12300283, for no kind of Conviction, sentences or imprisonment, which <u>cannot</u> be allowed by law, <u>Swinnea</u> vs <u>State</u>, 614 S.W.2d. 453 [Tex. Crim. App. 1981]

'Under TEX. Code of Crim. Proc. Rule 44.04(a) cites and states that the Defendant is entitled to continue on the current bond that (s)he is on, while their Appeal is pending and/or awaiting final disposal of their case, see <u>Davis</u> vs <u>State</u>, 71 S.W. 3d. 844 [Tex. App. - Texarkana 2012), see

COPY FROM ORIGINAL

also Lybert vs State, 408 S.W.2d. 227 [Tex. Crim. App. 1966].

The Judge and Court clearly shown to have no kind of Jurisdiction should be allowed for the Pro-Se Appellant to remain upon his current bail bond. Instead, Judge Mueller is clearly shown helping the State Prosecutor Swain III commit criminal offenses against Arnold LaMotte, Jr. Intentionally, knowingly, and deliberately and is punishing him without any criminal offense charged against him, legally and/or lawfully. For Judge Mueller is **NOT** interesting in Justice, nor even shown to be wanting to follow the~~LAWS~~ **LAWS** of Texas, for she never express no concern regarding failure to appear, nor even endangerment of safety to others, and/or likely to flee; see Cuellar vs State, 985 S.W.2d. 656 [Tex. App. Houston [1 Dist] 1999; see Vernon's Ann Texas Const. Art. 1 § 8; see also United States Federal Const. (8th) and 14th Amendment(s)...

The Pro-Se Appellant is entitled to an Appeal Personal Recognize Bail Bond because of his charge current have him in or under False Imprisonments, especially when the lower County Court Six Judge denied the Pro-Se Appellant an Appellate bond, which violates his Texas Constitution art. I § 11 a(a); see Kelley vs State, 785 S.W.2d. [Tex. Crim. App. 1990]; see also. Texas Code of Criminal Proc. art. 44.04 (a);

WHEREFORE PREMISES CONSIDERED, the Pro-Se Appellant

prayers for the Granting of this Motion and it is furthered prayered for that he be Ordered out of False Imprisonment of States custody and placed upon either an Appellate Personal Recognization Bail Bond or be reinstated back upon his original Personal Recognization Bail Bond...

SIGN THIS 10th DAY OF March ,2015

Respectfully submitted;

_____
Pro Se Appellant's signature

CERTIFICATE OF SERVICE

I, Arnold LaMotte, Jr., HEREBY certifys that a true and correct copy has been served by pre-paid first class stamp, envelope on the "Emergency Motion For An Appellate Bail Bond And/or Reinstatement of Previous Bond", which was put in the United States Mail, EXECUTED on this 10th day of March ,2015, address to:

① Third Court of Appeal's Clerk's Office
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

_____
Pro-Se Appellant's signature

APPELLATE CAUSE No. _____

ARNOLD RAY LAMOTTE, JR. § IN THE THIRD
  Pro-Se Appellant § COURT OF APPEALS
VS
THE STATE OF TEXAS § FOR AUSTIN, TEXAS
  Appellee's §

## ORDER'S

Upon this day and date it came before this Court "Arnold LaMotte, Jr.'s Emergency Motion For An Appellate Bail Bond And/or Reinstatement Of Previous Bond". After careful reviews and special consideration of the facts present before this Court: WE FIND THAT IT IS ORDER, ADJUDGED, AND DECREED THAT:

[ ] This Motion is HEREBY ORDER", GRANTED" and it is further "ORDER":

 [ ] GRANTED Appellate Personal Recognized Bail Bond and ORDERED Immediate release out of state custody, pending final dispose of his Appeal ....

 [ ] That Arnold LaMotte, Jr. is Reinstated back upon his Personal Recognize Bail Bond and further "ORDERED" out of Immediate release states custody, pending final dispose of his Appeal ...

[ ] This Motion is HEREBY ORDERED DENIED for the following

MR. ARNOLD LAMOTTIS, JR. Booking No. 1507853
DOB 1/23/1967

Travis County Correction Complex

3614 Bill Price Road

Del Valle, Texas 78617

AUSTIN TX 787
RIO GRANDE DISTRICT
28 APR 2015 PM 5 L

ATTENTION: LEGAL DOCUMENTS ENCLOSE

TO: THIRD COURT OF APPEAL'S CLERK'S OFFICE

P.O. Box 12547

Austin, Texas 78711

78711254747